

## State of New Jersey

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 116
TRENTON, NJ 08625-0116

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

May 27, 2020

**Via electronic filing**
Hon. Claire C. Cecchi, U.S.D.J.
United States District Court
50 Walnut Street
Newark, NJ 07102

    Re:   *Rev. Kevin Robinson & Rabbi Yisrael A. Knopfler v. Philip D. Murphy & Col. Patrick J. Callahan*
Civil Action No. 2:20-cv-5420-CCC-ESK

*Dwelling Place Network, et al. v. Philip D. Murphy, et al.*
Civil Action No. 1:20-cv-6281-RBK-AMD

Dear Judge Cecchi:

    Enclosed please find a **courtesy copy** of Defendants' Motion for Consolidation of the matter of *Dwelling Place Network, et al. v. Philip D. Murphy, et al.*, Civil Action No. 1:20-cv-6281-RBK-AMD, with the matter of *Rev. Kevin Robinson & Rabbi Yisrael A. Knopfler v. Philip D. Murphy & Col. Patrick J. Callahan*, Civil Action No. 2:20-cv-5420-CCC-ESK.

    Please note that, pursuant to Local Civil Rule 42.1, this motion has been electronically filed in the earlier filed docket, 2:20-cv-5420-CCC-ESK; and a copy of this cover letter only is being filed in the newer filed docket, 1:20-cv-6281-RBK-AMD.



HUGHES JUSTICE COMPLEX • TELEPHONE: 609-376-2814 • FAX: 609-633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

May 27, 2020
Page 2

    Please also note that, just as plaintiffs in this earlier filed docket, 2:20-cv-5420-CCC-ESK, filed a motion for preliminary injunctive relief on May 6, 2020 with a motion date of June 1, 2020, plaintiffs in the newer filed docket, 1:20-cv-6281-RBK-AMD, have now too moved for preliminary injunctive relief with a motion (hearing) date of June 4, 2020.

    Thank you for the court's attention to this matter.

    Respectfully submitted,

    GURBIR S. GREWAL
    ATTORNEY GENERAL OF NEW JERSEY


By: /s/ Daniel M. Vannella
    Daniel M. Vannella (NJ Bar # 015922007)
    Assistant Attorney General


Enclosure

cc:  Hon. Robert B. Kugler, U.S.D.J.
      All counsel of record